No. 75–6653.  PULLIAM *v.* GEORGIA.  Sup. Ct. Ga.

MR. JUSTICE BRENNAN, dissenting.

For the reasons stated in my dissenting opinion in *Gregg* v. *Georgia, ante,* p. 227, the imposition and carrying out of the death penalty in each of these cases [No. 74–5196 through No. 75–6653] constitute cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments. I would therefore grant certiorari in each of these cases and vacate the judgment in each case insofar as it leaves undisturbed the death sentence imposed.

MR. JUSTICE MARSHALL, dissenting.

Because I consider the death penalty to be a cruel and unusual punishment forbidden by the Eighth and Fourteenth Amendments, see *Gregg* v. *Georgia, ante,* p. 231 (MARSHALL, J., dissenting), I would grant certiorari in these cases [No. 74–5196 through No. 75–6653] and vacate the judgments insofar as they leave undisturbed the sentences of death.